ROBERT HENRY, Appellant, v PEDRO L. PEGUERO et al., Respondents.

Submitted November 1, 2010; decided January 6, 2011

---

Motion for reconsideration of this Court's September 14, 2010 dismissal order denied (*see* 15 NY3d 820 [2010]).